MAS-20031124                                                                                           12/22/2003
aguiarka                       **Commonwealth of Massachusetts**                                        09:16 AM
                                    **BRISTOL SUPERIOR COURT**
                                         Case Summary
                                          Civil Docket                    FILED
                                                                      IN CLERKS OFFICE

                                         **BRCV2003-01240**
              **Griffin Manufacturing Company, Inc. v St. Germain's Warehouse Co., Inc.**



U.S. DISTRICT COURT
DISTRICT OF MASS.

| File Date | 11/10/2003 | Status | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| Status Date | 12/22/2003 | Session | A - CtRm 1 - (Fall River) |
| Origin | 1 | Case Type | A02 - Goods sold/delivered under contract |
| Lead Case | | Track | F |

| Service | 02/08/2004 | Answer | 04/08/2004 | Rule12/19/20 | 04/08/2004 |
|---|---|---|---|---|---|
| Rule 15 | 04/08/2004 | Discovery | 09/05/2004 | Rule 56 | 10/05/2004 |
| Final PTC | 11/04/2004 | Disposition | 01/03/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Griffin Manufacturing Company, Inc.
502 Bedford Street
Fall River, MA 02720
Active 11/10/2003

**Private Counsel 216300**
Jamie N Hage
Nixon Peabody
101 Federal Street
Boston, MA 02110
Phone: 617-345-1000
Fax: 617-345-1300
Active 11/10/2003 Notify

**Private Counsel 654507**
Stephen M LaRose
Nixon Peabody
101 Federal Street
Boston, MA 02110
Phone: 617-345-1000
Fax: 617-345-1300
Active 11/10/2003 Notify

**Defendant**
St. Germain's Warehouse Co., Inc.
743 North Main Street
Woonsocket, RI 02895
Served: 11/17/2003
Active 12/15/2003

**Private Counsel 546541**
John E McCabe
47 Church Street
Wellesley, MA 02482
Phone: 781-237-8500
Fax: 781-237-1127
Active 12/15/2003 Notify

**Other interested party**
FILE COPY
Active 11/10/2003 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/10/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 11/10/2003 | | Origin 1, Type A02, Track F. |

**Commonwealth of Massachusetts**
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2003-01240
### Griffin Manufacturing Company, Inc. v St. Germain's Warehouse Co., Inc.

| Date | Paper | Text |
|---|---|---|
| 11/17/2003 | 2.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant St. Germain's Warehouse Co., Inc. (certified Mail to Mr. Luc St. Germain) |
| 12/15/2003 | 3.0 | Notice for Removal to the United States District Court filed by St. Germain's Warehouse Co., Inc. |
| 12/22/2003 |  | Case REMOVED this date to US District Court of Massachusetts with endorsement 03CV12462RCL thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 11/10/2003 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

_____
Asst. Clerk of Courts

COMMONWEALTH OF MASSACHUSETTS ) BRCV2003-01240
COUNTY OF BRISTOL ) SS.
SUPERIOR COURT )

FILED IN CLERKS OFFICE
2003 DEC -8 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO.:

| | |
|---|---|
| GRIFFIN MANUFACTURING ) | |
| COMPANY, INC. ) | |
| Plaintiff ) | NOTICE OF REMOVAL |
| ) | DIVERSITY |
| VS. ) | |
| ) | |
| ST. GERMAIN'S WAREHOUSE ) | |
| CO., INC. ) | 03 CV 12462 RCL |
| Defendant ) | |

Now comes St. Germain's Warehouse Co., Inc. a Rhodes Island corporation, the defendant herein, and says that:

1. There was commenced, and is now pending in the Superior Court of Bristol County, Commonwealth of Massachusetts a certain civil action BRCV2003-01240-A in which the above named Griffin Manufacturing Company, Inc. a Massachusetts corporation is plaintiff, and St. Germain's Warehouse Co., Inc. a Rhodes Island corporation, is defendant.

2. Said action is of a civil nature, and the amount in controversy claimed by the plaintiff, exclusive of interest and costs, exceeds the sum of seventy-five

thousand dollars ($75,000.00), to-wit; an action to recover damages for breach of contract and loss of goods, which damages the plaintiff claims were caused by the alleged negligence of the petitioner and/or breach of contract by the petitioner.

3. The action involves a controversy between citizens of different states. The plaintiff is now, and was at the commencement of this action, a corporation duly created and organized by and under the laws of the Commonwealth of Massachusetts, with a principal place of business in Massachusetts and the defendant was at the time of the commencement of this action, now is, and ever since has been a corporation duly created and organized by and under the laws of the State of Rhodes Island with a principal place of business in Rhodes Island.

4. Said action is one of which the District Court of the United States is given original jurisdiction under 28 U.S.C.A. § 1332.

5. The notice is filed in this Court within 30 days after the receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action is based, which was served on the defendant on November 10, 2003 and the time for filing this

notice under the Statute of the United States has not expired.

6. Written notice of the filing of this notice will be given to all adverse parties as required by law.

7. A true and correct copy of this notice will be filed with the Clerk of the court of Bristol County, as provided by law.

8. There is filed herewith, and by reference made a part, hereof, a true and correct copy of all process, pleadings, and orders served upon the defendant in this action (Civil Action Cover Sheet; Complaint; Summons; Affidavit of Service and supporting documentation filed with the State Court by plaintiff's counsel under the Massachusetts Long Arm Statute, M.G.L. c. 223A §§ 3, 4, and 6; State Court Tracking Order).

Wherefore, defendant, St. Germain's Warehouse Co., Inc., prays that the above action now pending against it in the Superior Court for the County of Bristol, Commonwealth of Massachusetts, Docket No. BRCV2003-01240-A, be removed from the state court to this court.

Defendant,
St. Germain's Warehouse Co., Inc.,
By its attorney

/s/ John E. McCabe
John E. McCabe
47 Church Street
Wellesley, MA 02482
Phone 781-237-8500
Facsimile 781-237-5765

Dated: December 8, 2003

A True Copy By Photostatic Process
Attest: _____
Asst. Clerk of Courts