# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12462-RCL

GRIFFIN MANUFACTURING
Plaintiff

v.

ST. GERMAIN'S WAREHOUSE
Defendant

## NOTICE OF RESCHEDULING

LINDSAY, D.J.

    TAKE NOTICE that the Scheduling Conference set in the above-entitled case has been rescheduled from **May 19, 2004** at **2:30PM** to **May 26, 2004**, at **2:30PM**, in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

May 10, 2004

To: All Counsel