```
                                              FILED
                                         IN CLERKS OFFICE
         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
                                          2004 MAY 26  P 12: 06

                                          U.S. DISTRICT COURT
                                           DISTRICT OF MASS.
```

| | )|
|---|---|
| GRIFFIN MANUFACTURING COMPANY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  1:03-CV-12462 RCL |
| | ) ) |
| ST. GERMAIN'S WAREHOUSE CO., INC. | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action, by and through their undersigned counsel, hereby stipulate to the dismissal of this action and all claims asserted therein without prejudice and without costs or attorneys fees to either party.

| | |
|---|---|
| **GRIFFIN MANUFACTURING CO., INC.** Plaintiff, | **ST. GERMAIN'S WAREHOUSE CO., INC.** Defendant, |
| By its Attorneys, | By its Attorney, |
| *[signature]* | *[signature]* |
| Jamie N. Hage, Esq. (BBO #216300) Stephen M. LaRose, Esq. (BBO #654507) NIXON PEABODY LLP 100 Summer Street Boston, MA 02110 617-345-1000 617-345-1300 (fax) | John E. McCabe, Esq. (BBO #546541) 47 Church Street Wellesley, MA 02482 781-237-8500 781-237-5765 (fax) |

Dated: May 25, 2004

BOS1384926.1